U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FILED

MAR - 3 2026

IN OPEN COURT
By: /s/ Tammy H. Downs
DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 4:26CR00042 KGB |
| v. | ) | |
| | ) | 18 U.S.C. § 1344(2) |
| SAMANTHA LOUISE STOCKS | ) | |

**INDICTMENT**

THE GRAND JURY CHARGES THAT:

### COUNTS 1 - 21

### A. INTRODUCTION.

At all times material herein:

1. Arvest Bank was a financial institution that was an insured depository institution (as defined in section 3(c)(2) of the Federal Deposit Insurance Act).

2. The defendant, SAMANTHA LOUISE STOCKS ("STOCKS"), was employed as the bookkeeper and financial administrator for a multi-site dental care company (the Dental Company) in central Arkansas and received an annual salary of approximately $50,000.00.

3. Payroll was made via direct deposits into the employees' bank accounts. As part of her duties, STOCKS managed the financial matters for the company. Her responsibilities included handling finances for all of the offices and compiling financial reports for the company.

4. The Dental Company had accounts with vendors for office, medical, and dental supplies and services. At least some of these vendors accepted electronic transfer payments of their invoices. STOCKS was authorized and responsible to initiate these electronic bill payments on behalf of the Dental Company.

5. The Dental Company issued a Dental Company credit/debit card to certain employees, including STOCKS, in 2020. The card issued to STOCKS was tied to a Dental Company line of credit/bank account at Arvest.

6. As the financial administrator, STOCKS was an Authorized Signer for multiple Dental Company Arvest accounts, which gave her the ability to make cash withdrawals for business purposes from Dental Company Arvest accounts.

## B. THE CHARGE.

Between no later than January 6, 2020, through in or about March 2022, in the Eastern District of Arkansas, the defendant,

SAMANTHA LOUISE STOCKS,

with intent to defraud, knowingly devised and participated in a scheme to obtain moneys and funds under the custody and control of a financial institution by means of material false and fraudulent representations.

## C. THE SCHEME.

As a part of the scheme, the following occurred:

1. STOCKS made approximately 195 unauthorized cash withdrawals of approximately $680,085.83 from the Dental Company's accounts at Arvest. In 2020, STOCKS withdrew approximately $399,530.70 across approximately 130 transactions; in 2021 she withdrew approximately $280,555.13 across approximately 65 transactions.

2. STOCKS issued at least 18 unauthorized direct deposits to herself from the company's bank account at Arvest, totaling approximately $105,845.17. The deposits were unauthorized either because she increased the deposit amount above what she was entitled to receive for her salary or she issued an additional direct deposit payment. These unauthorized payments were deposited into one of STOCKS's accounts at Arvest. In 2021, STOCKS issued at

least four unauthorized direct deposits that totaled approximately $10,769.39. In 2022, STOCKS issued at least 14 unauthorized direct deposits that totaled approximately $95,075.78.

3. STOCKS used a Dental Company credit card to make unauthorized purchases and payments on approximately 300 occasions. In 2020, STOCKS made over 150 unauthorized credit card transactions totaling over $70,000 for purchases and payments including, for example, personal bills including her personal utility and telephone bills, clothing, and personal tanning services and products. In 2021, STOCKS made over 130 unauthorized credit card transactions totaling over $100,000 for purchases and payments including, for example, personal bills including her personal utility bills, clothing, and personal travel expenses. In 2022, STOCKS made over 19 unauthorized credit card transactions totaling over $9,000 for purchases and payments including, for example, personal bills, clothing, and personal shopping expenses.

4. STOCKS used her Dental Company Arvest account access to initiate these unauthorized transactions from approximately seven different Dental Company Arvest accounts and masked these unauthorized transactions by transferring random amounts of money that appeared to match legitimate payroll amounts. All the unauthorized transactions resulted in money being transferred to and deposited in at least three different business accounts, all of which were not associated with the Dental Company and had STOCKS as an Authorized signer. Additionally, STOCKS failed to enter the amounts she charged on the purchase card in the Dental Company financial reports she was responsible for compiling. When asked about one of the unauthorized transfers, STOCKS originally lied and stated the transfer was to an old Dental Company account.

D. <u>THE EXECUTION OF THE SCHEME.</u>

Between in or about January 6, 2020, through in or about March 2022, in the Eastern District of Arkansas, the defendant,

SAMANTHA LOUISE STOCKS,

with intent to defraud, having devised and participated in a scheme to obtain moneys and funds under the custody and control of a financial institution, which was insured by the FDIC, by means of material false and fraudulent representations, and for the purpose of knowingly executing the scheme, conducted financial transactions that include unauthorized cash withdrawals from the Dental Company's Arvest accounts and unauthorized direct deposits to herself from the Dental Company's bank account at Arvest in order to receive money to which STOCKS was not entitled, to include the unauthorized withdrawals and direct deposits as set forth below:

| COUNT | DATE OF FINANCIAL TRANSACTION | TYPE OF FINANCIAL TRANSACTION | AMOUNT |
| --- | --- | --- | --- |
| 1 | 1/6/2020 | Cash withdrawal | $2,230.05 |
| 2 | 2/19/2020 | Cash withdrawal | $4,100.00 |
| 3 | 3/14/2020 | Cash withdrawal | $3,764.00 |
| 4 | 4/25/2020 | Cash withdrawal | $2,985.00 |
| 5 | 5/15/2020 | Cash withdrawal | $2,320.00 |
| 6 | 6/15/2020 | Cash withdrawal | $6,950.00 |
| 7 | 7/8/2020 | Cash withdrawal | $4,326.00 |
| 8 | 8/15/2020 | Cash withdrawal | $5,164.25 |
| 9 | 9/18/2020 | Cash withdrawal | $6,780.00 |
| 10 | 10/14/2020 | Cash withdrawal | $4,360.00 |
| 11 | 11/6/2020 | Cash withdrawal | $4,623.00 |
| 12 | 12/24/2020 | Cash withdrawal | $2,325.00 |
| 13 | 1/23/2021 | Cash withdrawal | $4,264.80 |
| 14 | 3/12/2021 | Cash withdrawal | $6,371.81 |
| 15 | 5/18/2021 | Cash withdrawal | $5,986.72 |
| 16 | 7/13/2021 | Cash withdrawal | $9,004.48 |
| 17 | 10/16/2021 | Cash withdrawal | $6,781.81 |
| 18 | 11/3/2021 | Direct Deposit | $5,363.76 |
| 19 | 12/23/2021 | Direct Deposit | $1,778.09 |
| 20 | 1/24/2022 | Direct Deposit | $12,635.78 |
| 21 | 2/7/2022 | Direct Deposit | $12,230.51 |

All in violation of Title 18, United States Code, Section 1344(2).

☐ NO TRUE BILL.   ☑ TRUE BILL.

**REDACTED SIGNATURE**

FOREPERSON OF THE GRAND JURY

JONATHAN D. ROSS
United States Attorney

BY: John Ray White
AR Bar No. 91003
Assistant United States Attorney
425 West Capitol Ave., Ste. 500
Little Rock, Arkansas 72201
501-340-2600
John.white2@usdoj.gov